UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRAD AARONS, DOLORES KOLLMER, and MARY LIMON, individually and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BMW of North America, LLC,<br><br>    Defendant. | CASE NO. CV11-07667-PSG (CWx)<br><br>**[PROPOSED] PROTECTIVE ORDER REGARDING THE HANDLING OF CONFIDENTIAL INFORMATION** |

  The parties in the above-entitled actions have submitted an STIPULATED CONFIDENTIALITY AGREEMENT FOR ENTRY OF PROTECTIVE ORDER ("Confidentiality Stipulation"). The Court, having reviewed the parties' Confidentiality Stipulation, and GOOD CAUSE APPEARING, hereby adopts the Confidentiality Stipulation as its Protective Order for the handling of "Confidential Information" as that term is defined by the parties' Confidentiality Stipulation.

Dated: March 29, 2012        _____/s/_____
                   Hon. Carla Woehrle
                   Magistrate Judge
                   United States District Court
                   Central District of California