UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7667-PSG(CWx) | Date | July 15, 2013 |
|---|---|---|---|
| Title | BRAD AARON'S -VS- BMW OF NORTH AMERICA LLC | | |

Present: The Honorable   PHILIP S. GUTIERREZ

| Wendy Hernandez | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Monica Balderrama ; Roland Tellis; Cody Padgett; Mark Pifko; Howard Bushman (telephonically) | Eric Kizirian |

**Proceedings:**   PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT FILED 05-30-13 (DOC. 107)

DEFENDANT BMW OF NORTH AMERICA, LLC.'S JOINDER IN PLAINTIFF'S REQUEST FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT FILED 06-04-13 ()DOC. 108)

Having considered all papers submitted to the Motions referenced above, and the oral argument presented today, the Court takes the motions under submission.  The Court also orders counsel to submit confidential memorandums, and a revised settlement class members notice.  The revised notice shall be submitted by July 19th.

:   21

Initials of Preparer   wh