Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

Attorneys for Plaintiffs
BRAD AARONS, DOLORES KOLLMER, and
MARY LIMON, individually, and on behalf of other
members of the general public similarly situated

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD AARONS, DOLORES KOLLMER, and MARY LIMON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BMW of NORTH AMERICA, LLC, a New Jersey limited liability company et al.<br><br>Defendants. | Case Number: 2:11-cv-07667-PSG-CW<br><br>**SUPPLEMENTAL DECLARATION OF ROLAND TELLIS IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:      Hon. Philip S. Gutierrez<br>Magistrate: Hon. Judge Carla Woehrle<br><br>Case Filed: September 15, 2011<br>Trial Date: None Set |

## SUPPLEMENTAL DECLARATION OF ROLAND TELLIS

I, Roland Tellis, declare as follows:

1.      I am an attorney licensed to practice before this Court and all courts of the State of California.  Unless the context indicates otherwise, I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.  I am a partner in the law firm of Baron & Budd, P.C., counsel for Plaintiffs in the above-captioned matter.  I make this supplemental declaration in further support of Plaintiffs' Motion For Preliminary Approval of Class Action Settlement.

2.      On July 15, 2013, following a hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Court ordered the parties to submit a revised notice of proposed class action settlement. (Dkt. 109).  Attached hereto as Exhibit 1 is a true and correct copy of the parties' proposed revised notice, subject to the Court's approval.

3.      In accordance with the Court's guidance, the parties revised the settlement notice to (i) include the phrase "You May Be Entitled To Recover Up To Thousands of Dollars Under This Class Action Settlement" on the front page of the notice and (ii) to require the submission of any objections to the Claims Administrator.

4.      All the parties respectfully request the Court approve the attached revised notice and grant Plaintiff's Motion For Preliminary Approval of Class Action Settlement (Dkt. 107).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of July 2013, at Encino, California.


    /s/ Roland Tellis
    Roland Tellis

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

<u>NOTICE OF PENDANCY OF PROPOSED SETTLEMENT OF CLASS ACTION</u>

If You Have Ever Owned Or Leased A

# 2002-2006 MINI Hardtop (R50)
(June 11, 2001—Nov. 28, 2006 production period)

# 2005-2008 MINI Convertible (R52)
(March 6, 2004—July 31, 2008 production period)

# With a Continuously Variable Automatic Transmission ("CVT")

### You May Be Entitled To Recover Up To Thousands of Dollars
### Under This Class Action Settlement

### Please Read This Notice Carefully To Learn About the Details
### of the Settlement and How To Make a Claim

***The United States District Court for the Central District of California authorized this notice.
This is not a solicitation from a lawyer.***

Your rights may be affected by the proposed settlement ("Settlement") discussed in this court-authorized notice ("Notice"). This Notice is to inform you of the conditional certification of a settlement class, the nature of the claims at issue, your right to participate in, or exclude yourself from the settlement class, and the effect of exercising your various options.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **DO NOTHING (PARTICIPATE IN THE SETTLEMENT)** | If you agree with the proposed Settlement, you need not do anything until after the Court decides whether to approve the Settlement. |
| **EXCLUDE YOURSELF** | You will not be entitled to participate in the Settlement if you choose this option. |
| **OBJECT OR COMMENT** | Write to the Court about why you do, or do not, like the Settlement. You must remain in the class to comment in support of or in opposition to the Settlement. |
| **ATTEND THE HEARING** | Ask to speak to the Court about the fairness of the Settlement. |

Page **1** of **10**
**Exhibit 1**

3

## 1. Why did the Court authorize issuance of this notice?

This Notice is given to inform you that: (1) three class action lawsuits are pending in the United States District Court for the Central District of California entitled (a) *Aarons v. BMW of North America, LLC* (Case No. 2:11-cv-07667-PSG-CW), (b) *Bonomo v. BMW of North America, LLC* (Case No. 2:12-cv-09820-PSG-CW), and (c) *Bourne-Miller v. BMW of North America, LLC* (Case No. 2:12-cv-09824-PSG-JC) (together the "Litigation"); (2) you may be a Settlement Class Member; (3) the parties have proposed to settle the Litigation; (4) the proposed Settlement may affect your legal rights; and (5) you have a number of options.

## 2. What is this Litigation about?

Plaintiffs Brad Aarons, Mary Limon, Dolores Kollmer, James Frederic Bonomo, Lynette Bourne-Miller, Darren Bailey, Victor Ferrer, Paul Pugliese, and Robert Hare (together "Plaintiffs" or "Class Representatives") claim that BMW of North America, LLC ("BMW NA") engaged in unfair and deceptive conduct, was unjustly enriched, and breached express and implied warranties by failing to disclose that certain MINI vehicles equipped with CVTs are defective and may sustain premature CVT failure. Plaintiffs in the litigation asserts claims for (1) violation of California Civil Code § 1750 et seq., (2) violation of California Business & Professions Code § 17200 et seq., (3) fraud, (4) breach of implied warranty pursuant to Song-Beverly Consumer Warranty Act, (5) unjust enrichment, (6) violation of the New Jersey, South Carolina, Kentucky, Connecticut, and Illinois consumer fraud laws, (7) breach of written warranty under the Magnusson-Moss Warranty Act (15 U.S.C. § 2301 et seq.), (8) breach of express warranty, (9) breach of implied warranty of merchantability, (10) breach of the duty of good faith and fair dealing, (11) unjust enrichment, (12) injunctive relief, and (13) Violation of Florida's Deceptive and Unfair Trade Practices Act.

BMW NA denies each and every one of these charges, including that the CVTs in the Class Vehicles are defective. BMW NA further denies that it violated any laws, or that it is liable to Plaintiffs and/or any Class Member. Accordingly, neither this Notice nor the proposed Settlement reflect any admission by BMW NA that there is a defect in the CVTs in any MINI vehicle, or that BMW NA violated any law or the rights of its consumers.

## 3. How do I know if I am part of the Settlement Class?

The Court has conditionally certified the following "Settlement Class":

> All current and former owners and lessees within the United States of the following vehicles ("Class Vehicle") equipped with a CVT:
>
> - 2002 through 2006 model year MINI Cooper (R50) (produced June 11, 2001 thru November 28, 2006); and
>
> - 2005 through 2008 model year MINI Convertible (R52) (produced March 6, 2004 thru July 31, 2008).

Even if you are or were the owner or lessee of a Class Vehicle, you are EXCLUDED from the Settlement Class and *not* covered by the proposed settlement if you are:

1) BMW, its related entities, parent companies, subsidiaries and affiliates, and their respective officers, directors, and employees;

2) insurers of the Class Vehicles;

3) all persons and/or entities claiming to be subrogated to the rights of Class Members;

4) issuers or providers of extended vehicle warranties or issuers or providers of extended service contracts;

5) individuals and/or entities who validly and timely opt-out of the Settlement;

6) consumers or businesses that have purchased Class Vehicles previously deemed a total loss (i.e. salvage title; subject to verification through Carfax or other means), *before* any CVT failure occurred;

7) current and former owners of a Class Vehicle that previously have released their claims against BMW with respect to the issues raised in the Litigation;

8) United States residents that have purchased Class Vehicles in the United States but have since transported the vehicle outside the United States for permanent use abroad;

9) individuals or entities that have purchased and/or leased Class Vehicles as "fleet" vehicles (i.e. rentals or company vehicles);

10) the Judge(s) and/or attorneys to whom the Litigation is or will be assigned.

## 4. Why did the parties agree to a Settlement?

The Court did not decide in favor of the Plaintiffs or BMW NA. Instead, both sides agreed to a settlement that they believe is a fair, reasonable, and adequate compromise of their respective positions. The parties reached this agreement only after extensive negotiations, investigation of the claims alleged and the claimed defect, and independent consideration of the risks and benefits of settlement through the assistance of experienced mediators.

Counsel for Plaintiffs and the Settlement Class Members have considered the substantial benefits from the Settlement that will be given to the Settlement Class Members and balanced these benefits with the risk that a trial could end in a verdict for BMW NA. They also considered the value of the immediate benefit to Settlement Class Members versus the costs and delay of litigation through trial and appeals and the risk that a nationwide class may not be certified. Even if Plaintiffs were successful in these efforts, Settlement Class Members would not receive any benefits for years.

## 5. What benefits does the Settlement provide?

If the proposed Settlement is approved by the Court, it will provide cash payments and other relief to the Settlement Class. In return for the relief described below, Settlement Class Members release their rights to pursue any claims individually against BMW NA and related entities relating to the facts and claims at issue in this Litigation.

The following description of the settlement benefits is qualified in its entirety by reference to the Settlement Agreement, a copy of which is on file with the Court and available at www._____.com. Any capitalized or defined terms herein have the meaning provided in the Settlement Agreement.

### A. CVT REPAIR/REPLACEMENT AT A MINI DEALERSHIP BEFORE THE EFFECTIVE DATE OF THE PROPOSED SETTLEMENT

Subject to a maximum time/mileage limitation of 8 years/150,000 miles (whichever occurs first), you may request reimbursement for qualified Out-Of-Pocket Expenses you incurred for the repair or replacement of a CVT at an authorized MINI or BMW dealership. The amount of reimbursement depends on both the mileage on your Class Vehicle and the years your vehicle was in service at the time of the qualified repair/replacement, as set forth in the following table:

| Up to | 50,000 miles | 75,000 miles | 100,000 miles | 125,000 miles | 150,000 miles |
|---|---|---|---|---|---|
| **4 years** | 100% | 77.5% | 55% | 45% | 35% |
| **5 years** | 77.5% | 65% | 47.5% | 35% | 27.5% |
| **6 years** | 65% | 55% | 37.5% | 30% | 22.5% |
| **7 years** | 55% | 45% | 27.5% | 22.5% | 17.5% |
| **8 years** | 37.5% | 27.5% | 20% | 17.5% | 12.5% |

For illustration purposes, if you had your CVT replaced when your Class Vehicle was 4 ½ years old and had been driven for 70,000 miles, you would be entitled to a 65% return of your documented Out-Of-Pocket Expenses.

To make a claim, you must complete and submit a Claim Form and provide Required Documentation. Please see the Claim Form, available at for www._____.com, for details and additional information.

### B. CVT REPAIR/REPLACEMENT AT A THIRD PARTY REPAIR FACILITY BEFORE THE EFFECTIVE DATE OF THE SETTLEMENT

Subject to a maximum time/mileage limitation of 8 years/150,000 miles (whichever occurs first) and a maximum budget of $4,100, you may request reimbursement for qualified Out-Of-Pocket Expenses you incurred to repair or replace a CVT at a third party repair facility outside the MINI or BMW dealership network. The reimbursement amount is subject to the percentages set forth in the table (paragraph 5(A)) above, and will be based on time and mileage at the time of each

repair/replacement.

The $4,100 repair/replacement budget applies on a "first come, first served" basis such that a claim for an earlier repair/replacement is paid first, and later claims for the same vehicle that exceed the repair budget are not eligible for reimbursement.

For example, a repair invoice for a repair performed at 4 years and 364 days/49,999 miles (i.e. "up to" 5 years/50,000 miles) is subject to a 77.5% reimbursement, and a subsequent repair at 5 years and 364 days/74,999 miles (i.e. "up to" 6 years/75,000 miles) is subject to a 55% reimbursement.

This is a *one time* reimbursement budget and the VIN is not eligible for any further reimbursement under this Settlement once a claim has been made under this section (5(B)). The *sole* exception would be a repair of a CVT at a third-party shop, followed by a subsequent replacement of the CVT at a MINI or BMW Dealership. In such instance, you may make a claim **EITHER** for the actual Out-Of-Pocket Expenses for the repair at the third-party repair facility (subject to the maximum $4,100 budget and the applicable reimbursement percentage at the mileage/time of each repair), or the actual out-of pocket Expenses for your CVT replacement at the MINI Dealership or BMW Center as described in paragraph 5(A) above, but not both.

To make a claim, you must complete and submit a Claim Form and provide Required Documentation. Please see the Claim Form, available at for www._____.com, for details and additional information.

## C. VEHICLES SOLD WITH A FAILED CVT PRIOR TO THE EFFECTIVE DATE OF THE SETTLEMENT

If after a CVT failure, you sold your vehicle for $4,000 or less *without repairing the CVT*, you may make a claim for the applicable sum listed below:

- 2002-2003 model year vehicle: $1,000
- 2004-2005 model year vehicle: $1,500
- 2006-2008 model year vehicle: $2,000

You may make a claim either under this paragraph, or a claim for reimbursement under paragraph 5(B), but not both. That is, if you tried to have the CVT repaired at a third-party repair facility, but later the CVT failed within the 8 year/150,000 mile limitations period, and you decided to sell the Class Vehicle with a broken CVT, you cannot make a claim for both the third-party CVT repair and under this paragraph.

The benefits under paragraphs 5(B) and 5(C) are available on a "first come, first served basis." Thus, if you purchased a used Class Vehicle and the original owner of the vehicle makes a claim under paragraph 5(B) or this paragraph, the Class Vehicle is not eligible for further compensation under the settlement.

To make a claim, you must complete and submit a Claim Form and provide Required Documentation. Please see the Claim Form, available at for www._____.com, for

details and additional information.

### D. CVT REPAIRS/REPLACEMENTS AFTER THE EFFECTIVE DATE OF THE SETTLEMENT

Class Vehicles that experience a CVT failure after the effective date of the Settlement, but during the vehicle's original 4 year/50,000 mile warranty period, are subject to the vehicle's normal warranty terms and conditions.  For Class Vehicles that experience a CVT failure outside of the original Warranty Period, only the relief set forth in paragraphs 5(A) and 5(E) is available.

### E. PARTS WARRANTY

In addition to any warranty coverage that may be available under the Class Vehicles' original Warranty Period, any CVT repaired/replaced at a MINI Dealership or BMW Center will have a 3 year/50,000 mile (whichever occurs first) parts warranty, inclusive of labor, from the date/mileage of the repair/replacement (instead of the standard 2 year parts warranty).  The 50,000 mile limitation for the replaced CVT only applies to the third year added by this CVT parts warranty.  If a CVT replaced during the Class Vehicle's original Warranty Period fails again before the original warranty expires, parts and labor would be covered under the Class Vehicle's original warranty. If there are no other CVT failures during the remaining original warranty period, the parts warranty would apply for 3 years/50,000 miles (whichever occurs first) from the date of the last replacement. The parts warranty will not apply to any software update. Any subsequent failure of the CVT during the 3 years/50,000 mile parts warranty period will be reimbursed at 100%, inclusive of labor costs, much like any failure that occurs during the Class Vehicles' original Warranty Period.  The parts warranty under this Settlement is not intended to limit operation of the standard 2-year replacement parts warranty.

### 6. How do I file a claim?

To receive reimbursement, Class Members must submit a Claim Form **ON OR BEFORE _____, 2013.**  The Claim Form must be completed in its entirety and should be signed under penalty of perjury.  You must also include all Required Documentation, which is described in detail in the Claim Form.

You may visit www. _____.com to file your claim online or obtain replacement Claim Forms.  You can also obtain another Claim Form by enclosing a self-addressed, stamped envelope    to    _____    Claims    Administrator,    c/o _____.

### 7. What claims do I release if I do not opt out of this settlement?

Unless you exclude yourself from the Settlement Class, approval of this Settlement will result in a release by you of all claims against BMW NA and its related entities that arise out of or are related in any way to this Litigation.  For a detailed description of the release, please see Section VIII of the Settlement Agreement.  The Settlement Agreement is available at www._____.com.

### 8. Do I have a lawyer in the case?

The Court has appointed the following law firms as Class Counsel: Harke Clasby & Bushman, LLP, Astigarraga Davis Mullins & Grossman, P.A., Lawrence A. Caplan, P.A., Blood Hurst & O'Reardon LLP, Baron & Budd, P.C., Seeger Weiss LLP, Wasserman Comden Casselman & Esensten LLP, Mazie Slater Katz & Freeman LLC, Strategic Legal Practices APC, Capstone Law APC, and Initiative Legal Group APC.

### 9. How will the lawyers for the Settlement Class be paid?

If the Court approves the Settlement, the Court also will determine what amount of attorneys' fees, costs and all other expenses should be paid to Class Counsel for their representation of Plaintiffs and the Settlement Class in this Litigation. Payment of attorneys' fees and expenses to Class Counsel will not reduce any benefit available to you as part of the Settlement, and will be paid separately by BMW NA. The parties have agreed that Class Counsel may apply to the Court for an award of attorney's fees and expenses up to $1,997,500. Class Counsel also will apply for Incentive Awards for each Class Representative for their work on behalf of the class in the amount of $3,500 for Brad Aarons, and $2,000 each for the remaining Class Representatives. These amounts, if approved by the Court, will also be paid separately BMW NA.

Copies of Class Counsel's motion for an award of Class Counsel's Fees and Expenses will be posed on the settlement website www._____.com on or before _____, 2013.

### 10. What happens if I do nothing after receiving this notice?

If you do nothing, and the Court approves the settlement, you will be bound by the terms of the Settlement and will be unable to pursue individual claims against BMW NA and other released parties concerning the facts at issue in this Litigation. If the Settlement is approved, and you do not opt-out of the settlement class, you are eligible to make a claim for benefits under the Settlement.

### 11. What does it mean to request exclusion from the Settlement Class?

If you come within the Settlement Class definition, you will be a member of the Settlement Class and will be bound by the settlement if the Court approves it unless you exclude yourself from the Settlement Class (also known as "opting out"). Being "bound by the settlement" means that you will be precluded from bringing, or participating as a claimant in, a similar lawsuit. Persons who exclude themselves from the Settlement Class will not be bound by the terms of the Settlement and will not be eligible to receive any benefits from the Settlement, but they will retain the right to sue BMW NA separately at their own cost.

You cannot exclude yourself from the Settlement Class and the Proposed Settlement if you wish to object to the settlement and/or appear before the Court during the Fairness Hearing (see paragraphs 13 and 14), as you need to be a Settlement Class Member affected by the Settlement to object or appear.

## 12. How do I request exclusion?

You may exclude yourself from the Settlement Class provided that your request is made in writing and postmarked before _____, 2013. To exclude yourself, send a letter that includes (a) the name of the case, (b) your name, current address, telephone number, and signature, (c) identify the approximate date(s) of acquisition and VIN for your Settlement Class Vehicle(s), and (d) provide a clear statement communicating that you elect to be excluded from the Settlement. Your written request to exclude yourself from the settlement must be sent to the _____, Claims Administrator, c/o _____.

You will be excluded from the settlement only if your request is **postmarked** on or before _____, **2013**, and includes the required information. The date of the postmark on the return-mailing envelope shall be the exclusive means used to determine whether a request for exclusion has been timely submitted. Settlement Class Members who fail to submit a valid and timely request for exclusion on or before the date specified shall be bound by all terms of the Settlement and the Final Order and Judgment, regardless whether they have requested exclusion from the Settlement.

## 13. What if I do not like the Settlement?

If you are a Settlement Class Member, you can object or comment on the Settlement. To object or comment on the settlement, you must send a written objection to the Claims Administrator, c/o _____. Your written objection must provide the following information:

(i) full name, current address, and current telephone number; (ii) documentation sufficient to establish membership in the Class; (iii) a statement of the position(s) you wish to assert, including the factual and legal grounds for the position; and (iv) provide copies of any other documents that you wish to submit in support of your position.

Your objection must be **postmarked** on or before _____, **2013**, twenty-one (21) days prior to the date set in the Notice for the Final Fairness Hearing, and must include the required information. The date of the postmark on the return-mailing envelope shall be the exclusive means used to determine whether an objection has been timely submitted. You **also** must send your objection to **both** of the following:

**Class Counsel:**

Roland Tellis, Esq.
Mark Pifko, Esq.
BARON & BUDD, P.C.
15910 Ventura Boulevard , Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

**BMW NA's Counsel:**

Eric Y. Kizirian, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
(213) 250-1800 (Telephone)
(213) 250-7900 (Facsimile)
Kizirian@lbbslaw.com

If your objections do not meet all of the requirements set forth in this section, they will be deemed invalid and will be overruled.

Subject to approval of the Court, any objecting Class Member may appear, in person or by counsel, at the Final Approval Hearing held by the Court, to show cause why the proposed Settlement should not be approved as fair, adequate, and reasonable, or object to any petitions for attorneys' fees, Class Representative Incentive Awards, and reimbursement of reasonable litigation costs and expenses. The objecting Class Member must file with the Clerk of the Court and serve upon all counsel designated in the Class Notice, a notice of intention to appear at the Final Approval Hearing ("Notice of Intention to Appear") on or before _____, 2013.

The Notice of Intention to Appear must include copies of any papers, exhibits, or other evidence that the objecting Class Member (or his/her/its counsel) will present to the Court in connection with the Final Approval Hearing. Any Class Member who does not provide a Notice of Intention to Appear in complete accordance with the deadlines and other specifications set forth in the Class Notice, will not be allowed to speak or otherwise present any views at the Final Approval Hearing.

## 14. When and where will the Court determine whether to approve the settlement?

The Court has scheduled a Final Approval Hearing at ____ **a.m.** on _____, **2013**, in Courtroom ____, United States District Court for the Central District of California, located in the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street Los Angeles, CA 90012-3332. This hearing may be continued or rescheduled by the Court without further notice. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and will consider Class Counsel's request for attorneys' fees and expenses. The Court also will consider objections. The Court may decide these issues at the Final Approval Hearing or take them under consideration without oral argument.

## 15. Do I have to come to the final approval hearing?

No. You are not required to come to the hearing but you are welcome to come at your own expense.

Settlement Class Members who object to the Proposed Settlement do not need to attend the Final Approval Hearing for their objections to be considered. If you wish to appear either personally or through your own personal attorney at the Final Approval Hearing, you must send both a timely objection to the Claims Administrator and a notice of intention to appear to the Clerk of the Court at the address set forth in Section 14 above, and serve copies on Class Counsel and counsel for BMW NA at the addresses set forth in Section 14 above no later than _____, **2013.**

Your notice of intention to appear must include copies of any papers, exhibits, or other evidence that you or your counsel will present to the hearing. Any Settlement Class Member who does not file and serve a Notice of Intention to appear in accordance with these instructions will be barred from speaking at any hearing concerning this Proposed Settlement.

## 16. How do I get more information about the settlement?

This Notice only summarizes the Proposed Settlement. The official terms of the Proposed Settlement are available by visiting the Settlement Website at www._____.com, reviewing the public files for the United States District Court for the Central District of California, or by sending a self-addressed, stamped envelope to _____, Claims Administrator, c/o _____. In the event of a conflict between the terms of this Notice and the proposed Settlement, the terms of the proposed Settlement will govern.

Please **DO NOT contact** BMW NA, its counsel, or the Court regarding any questions you may have concerning this Settlement.