3-FILED 08/05/13
LINK #115
TERM #107/108

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD AARONS, DOLORES KOLLMER, and MARÝ LIMON, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, a New Jersey limited liability company, et al.<br><br>        Defendants. | Case No. 2:11-cv-07667-PSG-CW<br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      July 15, 2013<br>Time:      1:30 p.m.<br>Place:     Courtroom 880<br>Judge:     Hon. Philip S. Gutierrez |
| AND RELATED CASES | |

1

2       The parties to this litigation have entered into a Settlement Agreement ("Settlement

3   Agreement" or "Settlement"), which if approved, would resolve this action and related

4   cases *Bourne-Miller et al. v. BMW of North America, LLC, et al.*, Case No. 2:12-cv-

5   09824-PSG and *Bonomo v. BMW of North America LLC*, Case No. 2:12-cv-09820-PSG

6   on a class basis.

7       Plaintiffs have filed a motion for preliminary approval of the settlement set forth in

8   the Settlement Agreement, which Defendant BMW of North America, LLC ("BMW

9   NA") supports.  The Court has read and considered the Settlement Agreement and all

10  exhibits thereto, and finds there is a sufficient basis for granting preliminary approval of

11  the Settlement, directing that notice be disseminated to the Class, and setting a hearing at

12  which the Court will consider whether to grant final approval of the Settlement.

13      Having considered the Settlement Agreement and all of the legal authorities and

14  documents submitted in support thereof and GOOD CAUSE appearing, IT IS HEREBY

15  ORDERED that the Motion for Preliminary Approval of Class Action Settlement is

16  GRANTED, subject to the following findings and orders:

17      1.      The Court grants Plaintiffs leave to file the Consolidated Complaint attached

18  to the Declaration of Roland Tellis as Exhibit 4.  BMW NA shall not be required to file a

19  responsive pleading to the Consolidated Complaint.  The consolidation is for settlement

20  purposes only and is ordered without prejudice to any party's pre-settlement and pre-

21  consolidation rights and litigation positions with respect to any and all issues and

22  defenses.  Defendant Bayerische Motoren Werke AG is dismissed without prejudice.

23      2.      All defined terms used in this Order have the same meanings as set forth in

24  the Settlement Agreement.

25      3.      The Court preliminarily certifies, for settlement purposes only, the following

26  settlement class ("Class") pursuant to Rule 23(b)(3) of the Federal Rules of Civil

27  Procedure:

28

1    All current and former owners and lessees within the United States of the

2    following vehicles ("Class Vehicles") equipped with a Continuously Variable

3    Automatic Transmission ("CVT"):

4        • MINI R50 (June 11, 2001—Nov. 28, 2006 production period);

5        • MINI R52 (March 6, 2004—July 31, 2008 production period);

6    The Court finds that, for the purpose of settlement only, the requirements of Rule

7    23 of the Federal Rules of Civil Procedure are met by the proposed settlement class. The

8    certification of the Class for settlement purposes shall be without force or effect if: (a) the

9    Court does not give final approval to the Settlement and does not enter judgment

10   substantially as contemplated in the Settlement Agreement; or (b) the Court's approval of

11   the Settlement and/or entry of a final approval order and judgment are reversed or

12   substantially modified on appeal.

13       4.   The Court appoints Plaintiffs Brad Aarons, Mary Limon, Dolores Kollmer,

14   Lynette Bourne-Miller, Darren Bailey, Victor Ferrer, Paul Pugliese, Robert Hare and

15   James Frederic Bonomo as representatives of the Class.

16       5.   The Court finds that Baron & Budd, P.C., Seeger Weiss LLP, Wasserman

17   Comden Casselman & Esensten LLP, Mazie Slater Katz & Freeman LLC, Strategic Legal

18   Practices APC, Capstone Law APC, Initiative Legal Group APC, Harke Clasby &

19   Bushman, LLP, Astigarraga Davis Mullins & Grossman, P.A., Lawrence A. Caplan, P.A.,

20   and Blood Hurst & O'Reardon LLP are experienced and adequate counsel and therefore

21   appoints them as Class Counsel.

22       6.   The Court orders that the Class be given notice of the pendency of this action

23   and the parties' proposed settlement in a form substantially similar to that attached hereto

24   as Exhibit A.  The notice shall be sent by first class mail to all class members who can

25   reasonably be identified from Defendant BMW's database and by publication on a

26   website maintained by the claims administrator.  Notice will be given by Defendant BMW

27   to both original owners whose names and contact information are within Defendant

28   BMW's database and to current owners whose contact information may be obtained by

1 employing Polk or any similar service.  The notice shall be accompanied by a claim form
2 in a form substantially similar to that attached hereto as Exhibit B.  As set forth in the
3 parties' Settlement Agreement, Defendant BMW shall bear all costs associated with
4 providing such class notice.

5      7.    The Court has preliminarily reviewed the parties' proposed settlement and
6 finds that its terms appear sufficiently fair, reasonable, and adequate to warrant
7 dissemination of notice of the proposed settlement to the class and the scheduling of a
8 formal fairness hearing. The Court finds that the Settlement Agreement contains no
9 obvious deficiencies and that the parties entered into the settlement in good faith,
10 following arm's length negotiation between their respective counsel.

11      8.    BMW shall complete the mailing of class notice no later than 120 days after
12 the issuance of this Order.

13      9.    The Court sets March 7, 2014 as the deadline for the filing of final approval
14 and fee application papers.

15      10.    The Court sets April 6, 2014 as the deadline by which class members must:
16 (a) submit their comments or objections to the settlement and/or the Plaintiffs' fee
17 application; or (b) opt out of the settlement class. The procedures and requirements for
18 commenting on and objecting to the settlement as well as for opting out of the settlement
19 class shall be those listed in the notice attached hereto as Exhibit A.

20      11.    The Court sets April 14, 2014 as the deadline for the parties to file any reply
21 papers in support of final approval of the proposed settlement and for Class Counsel to
22 file any reply papers in support of their fee application.

23 ///
24 ///
25 ///

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT

1        12.    The Court sets April 28, 2014 at 1:30 p.m. as the date and time of the fairness

2    hearing, at which the Court will consider whether to grant final approval of the settlement

3    and will entertain application for attorneys' fees, expenses, and incentive awards.

4

5

6    **IT IS HEREBY ORDERED.**

7

8    DATED:    8/5/13                         PHILIP S. GUTIERREZ

9                                                  The Honorable Philip S. Gutierrez

10                                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT

# Exhibit A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF PENDANCY OF PROPOSED SETTLEMENT OF CLASS ACTION

If You Have Ever Owned Or Leased A

## 2002-2006 MINI Hardtop (R50)
(June 11, 2001—Nov. 28, 2006 production period)

## 2005-2008 MINI Convertible (R52)
(March 6, 2004—July 31, 2008 production period)

# With a Continuously Variable Automatic Transmission ("CVT")

### You May Be Entitled To Recover Up To Thousands of Dollars
### Under This Class Action Settlement

### Please Read This Notice Carefully To Learn About the Details
### of the Settlement and How To Make a Claim

*The United States District Court for the Central District of California authorized this notice.*
*This is not a solicitation from a lawyer.*

Your rights may be affected by the proposed settlement ("Settlement") discussed in this court-authorized notice ("Notice"). This Notice is to inform you of the conditional certification of a settlement class, the nature of the claims at issue, your right to participate in, or exclude yourself from the settlement class, and the effect of exercising your various options.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT | |
|---|---|
| **DO NOTHING (PARTICIPATE IN THE SETTLEMENT)** | If you agree with the proposed Settlement, you need not do anything until after the Court decides whether to approve the Settlement. |
| **EXCLUDE YOURSELF** | You will not be entitled to participate in the Settlement if you choose this option. |
| **OBJECT OR COMMENT** | Write to the Claims Administrator about why you do, or do not, like the Settlement. You must remain in the class to comment in support of or in opposition to the Settlement. |
| **ATTEND THE HEARING** | Ask to speak to the Court about the fairness of the Settlement. |

## 1. Why did the Court authorize issuance of this Notice?

This Notice is given to inform you that: (1) three class action lawsuits are pending in the United States District Court for the Central District of California entitled (a) *Aarons v. BMW of North America, LLC* (Case No. 2:11-cv-07667-PSG-CW), (b) *Bonomo v. BMW of North America, LLC* (Case No. 2:12-cv-09820-PSG-CW), and (c) *Bourne-Miller v. BMW of North America, LLC* (Case No. 2:12-cv-09824-PSG-JC) (together the "Litigation"); (2) you may be a Settlement Class Member; (3) the parties have proposed to settle the Litigation; (4) the proposed Settlement may affect your legal rights; and (5) you have a number of options.

## 2. What is this Litigation about?

Plaintiffs Brad Aarons, Mary Limon, Dolores Kollmer, James Frederic Bonomo, Lynette Bourne-Miller, Darren Bailey, Victor Ferrer, Paul Pugliese, and Robert Hare (together "Plaintiffs" or "Class Representatives") claim that BMW of North America, LLC ("BMW NA") engaged in unfair and deceptive conduct, was unjustly enriched, and breached express and implied warranties by failing to disclose that certain MINI vehicles equipped with CVTs are defective and may sustain premature CVT failure. Plaintiffs in the litigation asserts claims for (1) violation of California Civil Code § 1750 et seq., (2) violation of California Business & Professions Code § 17200 et seq., (3) fraud, (4) breach of implied warranty pursuant to Song-Beverly Consumer Warranty Act, (5) unjust enrichment, (6) violation of the New Jersey, South Carolina, Kentucky, Connecticut, and Illinois consumer fraud laws, (7) breach of written warranty under the Magnusson-Moss Warranty Act (15 U.S.C. § 2301 et seq.), (8) breach of express warranty, (9) breach of implied warranty of merchantability, (10) breach of the duty of good faith and fair dealing, (11) unjust enrichment, (12) injunctive relief, and (13) Violation of Florida's Deceptive and Unfair Trade Practices Act.

BMW NA denies each and every one of these charges, including that the CVTs in the Class Vehicles are defective. BMW NA further denies that it violated any laws, or that it is liable to Plaintiffs and/or any Class Member. Accordingly, neither this Notice nor the proposed Settlement reflect any admission by BMW NA that there is a defect in the CVTs in any MINI vehicle, or that BMW NA violated any law or the rights of its consumers.

## 3. How do I know if I am part of the Settlement Class?

The Court has conditionally certified the following "Settlement Class":

All current and former owners and lessees within the United States of the following vehicles ("Class Vehicle") equipped with a CVT:

- 2002 through 2006 model year MINI Cooper (R50) (produced June 11, 2001 thru November 28, 2006); and

- 2005 through 2008 model year MINI Convertible (R52) (produced March 6, 2004 thru July 31, 2008).

Even if you are or were the owner or lessee of a Class Vehicle, you are EXCLUDED from the Settlement Class and *not* covered by the proposed settlement if you are:

1)      BMW, its related entities, parent companies, subsidiaries and affiliates, and their respective officers, directors, and employees;

2)      insurers of the Class Vehicles;

3)      all persons and/or entities claiming to be subrogated to the rights of Class Members;

4)      issuers or providers of extended vehicle warranties or issuers or providers of extended service contracts;

5)      individuals and/or entities who validly and timely opt-out of the Settlement;

6)      consumers or businesses that have purchased Class Vehicles previously deemed a total loss (i.e. salvage title; subject to verification through Carfax or other means), *before* any CVT failure occurred;

7)      current and former owners of a Class Vehicle that previously have released their claims against BMW with respect to the issues raised in the Litigation;

8)      United States residents that have purchased Class Vehicles in the United States but have since transported the vehicle outside the United States for permanent use abroad;

9)      individuals or entities that have purchased and/or leased Class Vehicles as "fleet" vehicles (i.e. rentals or company vehicles);

10)      the Judge(s) and/or attorneys to whom the Litigation is or will be assigned.

## Why did the parties agree to a settlement?

The Court did not decide in favor of the Plaintiffs or BMW NA. Instead, both sides agreed to a settlement that they believe is a fair, reasonable, and adequate compromise of their respective positions. The parties reached this agreement only after extensive negotiations, investigation of the claims alleged and the claimed defect, and independent consideration of the risks and benefits of settlement through the assistance of experienced mediators.

Counsel for Plaintiffs and the Settlement Class Members have considered the substantial benefits from the Settlement that will be given to the Settlement Class Members and balanced these benefits with the risk that a trial could end in a verdict for BMW NA. They also considered the value of the immediate benefit to Settlement Class Members versus the costs and delay of litigation through trial and appeals and the risk that a nationwide class may not be certified. Even if Plaintiffs were successful in these efforts, Settlement Class Members would not receive any benefits for years.

## 5. What benefits does the Settlement provide?

If the proposed Settlement is approved by the Court, it will provide cash payments and other relief to the Settlement Class. In return for the relief described below, Settlement Class Members release their rights to pursue any claims individually against BMW NA and related entities relating to the facts and claims at issue in this Litigation.

The following description of the settlement benefits is qualified in its entirety by reference to the Settlement Agreement, a copy of which is on file with the Court and available at www._____.com. Any capitalized or defined terms herein have the meaning provided in the Settlement Agreement.

### A. CVT REPAIR/REPLACEMENT AT A MINI DEALERSHIP BEFORE THE EFFECTIVE DATE OF THE PROPOSED SETTLEMENT

Subject to a maximum time/mileage limitation of 8 years/150,000 miles (whichever occurs first), you may request reimbursement for qualified Out-Of-Pocket Expenses you incurred for the repair or replacement of a CVT at an authorized MINI or BMW dealership. The amount of reimbursement depends on both the mileage on your Class Vehicle and the years your vehicle was in service at the time of the qualified repair/replacement, as set forth in the following table:

| Up to | 50,000 miles | 75,000 miles | 100,000 miles | 125,000 miles | 150,000 miles |
|--------|------|------|------|------|------|
| 4 years | 100% | 77.5% | 55% | 45% | 35% |
| 5 years | 77.5% | 65% | 47.5% | 35% | 27.5% |
| 6 years | 65% | 55% | 37.5% | 30% | 22.5% |
| 7 years | 55% | 45% | 27.5% | 22.5% | 17.5% |
| 8 years | 37.5% | 27.5% | 20% | 17.5% | 12.5% |

For illustration purposes, if you had your CVT replaced when your Class Vehicle was 4 ½ years old and had been driven for 70,000 miles, you would be entitled to a 65% return of your documented Out-Of-Pocket Expenses.

To make a claim, you must complete and submit a Claim Form and provide Required Documentation. Please see the Claim Form, available at for www._____.com, for details and additional information.

### B. CVT REPAIR/REPLACEMENT AT A THIRD PARTY REPAIR FACILITY BEFORE THE EFFECTIVE DATE OF THE SETTLEMENT

Subject to a maximum time/mileage limitation of 8 years/150,000 miles (whichever occurs first) and a maximum budget of $4,100, you may request reimbursement for qualified Out-Of-Pocket Expenses you incurred to repair or replace a CVT at a third party repair facility outside the MINI or BMW dealership network. The reimbursement amount is subject to the percentages set forth in the table (paragraph 5(A)) above, and will be based on time and mileage at the time of each

repair/replacement.

The $4,100 repair/replacement budget applies on a "first come, first served" basis such that a claim for an earlier repair/replacement is paid first, and later claims for the same vehicle that exceed the repair budget are not eligible for reimbursement.

For example, a repair invoice for a repair performed at 4 years and 364 days/49,999 miles (i.e. "up to" 5 years/50,000 miles) is subject to a 77.5% reimbursement, and a subsequent repair at 5 years and 364 days/74,999 miles (i.e. "up to" 6 years/75,000 miles) is subject to a 55% reimbursement.

This is a *one time* reimbursement budget and the VIN is not eligible for any further reimbursement under this Settlement once a claim has been made under this section (5(B)). The *sole* exception would be a repair of a CVT at a third-party shop, followed by a subsequent replacement of the CVT at a MINI or BMW Dealership. In such instance, you may make a claim **EITHER** for the actual Out-Of-Pocket Expenses for the repair at the third-party repair facility (subject to the maximum $4,100 budget and the applicable reimbursement percentage at the mileage/time of each repair), or the actual out-of pocket Expenses for your CVT replacement at the MINI Dealership or BMW Center as described in paragraph 5(A) above, but not both.

To make a claim, you must complete and submit a Claim Form and provide Required Documentation.  Please see the Claim Form, available at for www._____.com, for details and additional information.

## C.  VEHICLES SOLD WITH A FAILED CVT PRIOR TO THE EFFECTIVE DATE OF THE SETTLEMENT

If after a CVT failure, you sold your vehicle for $4,000 or less *without repairing the CVT*, you may make a claim for the applicable sum listed below:

- 2002-2003 model year vehicle: $1,000
- 2004-2005 model year vehicle: $1,500
- 2006-2008 model year vehicle: $2,000

You may make a claim either under this paragraph, or a claim for reimbursement under paragraph 5(B), but not both. That is, if you tried to have the CVT repaired at a third-party repair facility, but later the CVT failed within the 8 year/150,000 mile limitations period, and you decided to sell the Class Vehicle with a broken CVT, you cannot make a claim for both the third-party CVT repair and under this paragraph.

The benefits under paragraphs 5(B) and 5(C) are available on a "first come, first served basis." Thus, if you purchased a used Class Vehicle and the original owner of the vehicle makes a claim under paragraph 5(B) or this paragraph, the Class Vehicle is not eligible for further compensation under the settlement.

To make a claim, you must complete and submit a Claim Form and provide Required Documentation.  Please see the Claim Form, available at for www._____.com, for

details and additional information.

## D. CVT REPAIRS/REPLACEMENTS AFTER THE EFFECTIVE DATE OF THE SETTLEMENT

Class Vehicles that experience a CVT failure after the effective date of the Settlement, but during the vehicle's original 4 year/50,000 mile warranty period, are subject to the vehicle's normal warranty terms and conditions.  For Class Vehicles that experience a CVT failure outside of the original Warranty Period, only the relief set forth in paragraphs 5(A) and 5(E) is available.

## E. PARTS WARRANTY

In addition to any warranty coverage that may be available under the Class Vehicles' original Warranty Period, any CVT repaired/replaced at a MINI Dealership or BMW Center will have a 3 year/50,000 mile (whichever occurs first) parts warranty, inclusive of labor, from the date/mileage of the repair/replacement (instead of the standard 2 year parts warranty).  The 50,000 mile limitation for the replaced CVT only applies to the third year added by this CVT parts warranty.  If a CVT replaced during the Class Vehicle's original Warranty Period fails again before the original warranty expires, parts and labor would be covered under the Class Vehicle's original warranty. If there are no other CVT failures during the remaining original warranty period, the parts warranty would apply for 3 years/50,000 miles (whichever occurs first) from the date of the last replacement. The parts warranty will not apply to any software update. Any subsequent failure of the CVT during the 3 years/50,000 mile parts warranty period will be reimbursed at 100%, inclusive of labor costs, much like any failure that occurs during the Class Vehicles' original Warranty Period.  The parts warranty under this Settlement is not intended to limit operation of the standard 2-year replacement parts warranty.

## 6. How do I file a claim?

To receive reimbursement, Class Members must submit a Claim Form **ON OR BEFORE _____, 2013.**  The Claim Form must be completed in its entirety and should be signed under penalty of perjury.  You must also include all Required Documentation, which is described in detail in the Claim Form.

You may visit www._____.com to file your claim online or obtain replacement Claim Forms.  You can also obtain another Claim Form by enclosing a self-addressed, stamped envelope to _____ Claims Administrator, c/o _____.

## 7. What claims do I release if I do not opt out of this settlement?

Unless you exclude yourself from the Settlement Class, approval of this Settlement will result in a release by you of all claims against BMW NA and its related entities that arise out of or are related in any way to this Litigation.  For a detailed description of the release, please see Section VIII of the Settlement Agreement.  The Settlement Agreement is available at www._____.com.

**8. Do I have a lawyer in the case?**

The Court has appointed the following law firms as Class Counsel: Harke Clasby & Bushman, LLP, Astigarraga Davis Mullins & Grossman, P.A., Lawrence A. Caplan, P.A., Blood Hurst & O'Reardon LLP, Baron & Budd, P.C., Seeger Weiss LLP, Wasserman Comden Casselman & Esensten LLP, Mazie Slater Katz & Freeman LLC, Strategic Legal Practices APC, Capstone Law APC, and Initiative Legal Group APC.

**9. How will the lawyers for the Settlement Class be paid?**

If the Court approves the Settlement, the Court also will determine what amount of attorneys' fees, costs and all other expenses should be paid to Class Counsel for their representation of Plaintiffs and the Settlement Class in this Litigation. Payment of attorneys' fees and expenses to Class Counsel will not reduce any benefit available to you as part of the Settlement, and will be paid separately by BMW NA. The parties have agreed that Class Counsel may apply to the Court for an award of attorney's fees and expenses up to $1,997,500. Class Counsel also will apply for Incentive Awards for each Class Representative for their work on behalf of the class in the amount of $3,500 for Brad Aarons, and $2,000 each for the remaining Class Representatives. These amounts, if approved by the Court, will also be paid separately BMW NA.

Copies of Class Counsel's motion for an award of Class Counsel's Fees and Expenses will be posed on the settlement website www._____.com on or before _____, 2013.

**10. What happens if I do nothing after I receive this notice?**

If you do nothing, and the Court approves the settlement, you will be bound by the terms of the Settlement and will be unable to pursue individual claims against BMW NA and other released parties concerning the facts at issue in this Litigation. If the Settlement is approved, and you do not opt-out of the settlement class, you are eligible to make a claim for benefits under the Settlement.

**11. What does it mean to request exclusion from the Settlement Class?**

If you come within the Settlement Class definition, you will be a member of the Settlement Class and will be bound by the settlement if the Court approves it unless you exclude yourself from the Settlement Class (also known as "opting out"). Being "bound by the settlement" means that you will be precluded from bringing, or participating as a claimant in, a similar lawsuit. Persons who exclude themselves from the Settlement Class will not be bound by the terms of the Settlement and will not be eligible to receive any benefits from the Settlement, but they will retain the right to sue BMW NA separately at their own cost.

You cannot exclude yourself from the Settlement Class and the Proposed Settlement if you wish to object to the settlement and/or appear before the Court during the Fairness Hearing (see paragraphs 13 and 14), as you need to be a Settlement Class Member affected by the Settlement to object or appear.

## 12. How do I request exclusion?

You may exclude yourself from the Settlement Class provided that your request is made in writing and postmarked before _____, 2013. To exclude yourself, send a letter that includes (a) the name of the case, (b) your name, current address, telephone number, and signature, (c) identify the approximate date(s) of acquisition and VIN for your Settlement Class Vehicle(s), and (d) provide a clear statement communicating that you elect to be excluded from the Settlement. Your written request to exclude yourself from the settlement must be sent to the _____, Claims Administrator, c/o _____.

You will be excluded from the settlement only if your request is *postmarked* on or before _____, **2013**, and includes the required information. The date of the postmark on the return-mailing envelope shall be the exclusive means used to determine whether a request for exclusion has been timely submitted. Settlement Class Members who fail to submit a valid and timely request for exclusion on or before the date specified shall be bound by all terms of the Settlement and the Final Order and Judgment, regardless whether they have requested exclusion from the Settlement.

## 13. What if I do not like the Settlement?

If you are a Settlement Class Member, you can object or comment on the Settlement. To object or comment on the settlement, you must send a written objection to the Claims Administrator, c/o _____. Your written objection must provide the following information:

(i) full name, current address, and current telephone number; (ii) documentation sufficient to establish membership in the Class; (iii) a statement of the position(s) you wish to assert, including the factual and legal grounds for the position; and (iv) provide copies of any other documents that you wish to submit in support of your position.

Your objection must be *postmarked* on or before _____, **2013**, twenty-one (21) days prior to the date set in the Notice for the Final Fairness Hearing, and must include the required information. The date of the postmark on the return-mailing envelope shall be the exclusive means used to determine whether an objection has been timely submitted. You *also* must send your objection to *both* of the following:

**Class Counsel:**

Roland Tellis, Esq.
Mark Pifko, Esq.
BARON & BUDD, P.C.
15910 Ventura Boulevard , Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

**BMW NA's Counsel:**

Eric Y. Kizirian, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
(213) 250-1800 (Telephone)
(213) 250-7900 (Facsimile)
Kizirian@lbbslaw.com

If your objections do not meet all of the requirements set forth in this section, they will be deemed invalid and will be overruled.

Subject to approval of the Court, any objecting Class Member may appear, in person or by counsel, at the Final Approval Hearing held by the Court, to show cause why the proposed Settlement should not be approved as fair, adequate, and reasonable, or object to any petitions for attorneys' fees, Class Representative Incentive Awards, and reimbursement of reasonable litigation costs and expenses. The objecting Class Member must file with the Clerk of the Court and serve upon all counsel designated in the Class Notice, a notice of intention to appear at the Final Approval Hearing ("Notice of Intention to Appear") on or before _____, 2013.

The Notice of Intention to Appear must include copies of any papers, exhibits, or other evidence that the objecting Class Member (or his/her/its counsel) will present to the Court in connection with the Final Approval Hearing.  Any Class Member who does not provide a Notice of Intention to Appear in complete accordance with the deadlines and other specifications set forth in the Class Notice, will not be allowed to speak or otherwise present any views at the Final Approval Hearing.

**14.  When and where will the Court determine whether to approve the settlement?**

The Court has scheduled a Final Approval Hearing at _____ **a.m.** on _____, 2013, in Courtroom ___, United States District Court for the Central District of California, located in the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street Los Angeles, CA 90012-3332.  This hearing may be continued or rescheduled by the Court without further notice. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and will consider Class Counsel's request for attorneys' fees and expenses. The Court also will consider objections. The Court may decide these issues at the Final Approval Hearing or take them under consideration without oral argument.

**15.  Do I have to come to the final approval hearing?**

No. You are not required to come to the hearing but you are welcome to come at your own expense.

Settlement Class Members who object to the Proposed Settlement do not need to attend the Final Approval Hearing for their objections to be considered. If you wish to appear either personally or through your own personal attorney at the Final Approval Hearing, you must send both a timely objection and a notice of intention to appear to the Clerk of the Court at the address set forth in Section 14 above, and serve copies on Class Counsel and counsel for BMW NA at the addresses set forth in Section 14 above no later than _____, 2013.

Your notice of intention to appear must include copies of any papers, exhibits, or other evidence that you or your counsel will present to the hearing. Any Settlement Class Member who does not file and serve a Notice of Intention to appear in accordance with these instructions will be barred from speaking at any hearing concerning this Proposed Settlement.

**16. How do I get more information about the settlement?**

This Notice only summarizes the Proposed Settlement. The official terms of the Proposed Settlement are available by visiting the Settlement Website at www._____.com, reviewing the public files for the United States District Court for the Central District of California, or by sending a self-addressed, stamped envelope to _____, Claims Administrator, c/o _____. In the event of a conflict between the terms of this Notice and the proposed Settlement, the terms of the proposed Settlement will govern.

Please **DO NOT contact** BMW NA, its counsel, or the Court regarding any questions you may have concerning this Settlement.

# Exhibit B

17

*Aarons v. BMW of North America, LLC* (Case No. 2:11-cv-07667-PSG-CW),
*Bonomo v. BMW of North America, LLC* (Case No. 2:12-cv-09820-PSG-CW)
*Bourne-Miller v. BMW of North America, LLC* (Case No. 2:12-cv-09824-PSG-JC)

## CVT Class Action Settlement Claim Statement

To make a claim in the class action settlement in the above case, please complete and mail this form, signed under penalty of perjury, with the required documentation, postmarked no later than _____, to:

Claims Administrator
Xxxxx
Xxxxxxx
Xxxxxxx

You may also submit your claim online at www._____.com by midnight on _____.

| CLAIM TYPE |
|---|
| I am making a claim for: |
| ☐    Reimbursement for a CVT repair/replacement at a MINI Dealership (please complete sections *A, B, C, F,* and *H* herein) |
| ☐    Reimbursement for a CVT repair/replacement at a third party repair facility (please complete sections *A, B, D, F* and *H* herein) |
| ☐    Payment for a MINI vehicle I sold for less than $4,000 after a CVT malfunction (please complete sections *A, B, E, G* and *H* herein) |

**A.  CLAIMANT INFORMATION**

| | |
|---|---|
| Name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone Number: | |
| E-MAIL: | |

**B.  INFORMATION ON CLASS VEHICLE AND SERVICING**

| | |
|---|---|
| Model & Model Year: | |
| Vehicle Identification Number (VIN): | |

**Page 1 of 5**
**Exhibit B**

MUST BE
POSTMARKED
NO LATER THAN

| ☐ Purchased New | ☐ Purchased Used | ☐ Leased |
|---|---|---|

| Please List All Dealerships or Repair Facilities Where Your Vehicle Was Serviced: | Name: _____<br>Address: _____<br>Address: _____<br>Phone: _____ |
|---|---|
| | Name: _____<br>Address: _____<br>Address: _____<br>Phone: _____ |
| | Name: _____<br>Address: _____<br>Address: _____<br>Phone: _____ |

**C.  INFORMATION ON CVT REPLACEMENT AT MINI DEALERSHIP**

| Dealership Where Repair/Replacement Was Performed: | Name: _____<br>Address: _____<br>Address: _____<br>Phone: _____ |
|---|---|
| Date of CVT Repair/Replacement: | |
| Mileage At Time of Repair/Replacement: | |
| Total Out of Pocket Costs Paid for the Repair: | |
| Have you received any compensation or reimbursement for your CVT repair/replacement from BMW (warranty or goodwill), insurance, or any other source? | ☐ Yes*          ☐ No<br><br>*If yes, please state amount and source of payment: _____ |

4833-9176-4755.1

19

MUST BE
POSTMARKED
NO LATER THAN

| **D.** | **INFORMATION ON CVT REPAIR / REPLACEMENT OUTSIDE MINI DEALERSHIP NETWORK** |
|---|---|
| Third Party Repair Facility Where CVT Repair/Replacement Was Performed: | Name: _____<br>Address: _____<br>Address: _____<br>Phone: _____ |
| Date of Repair: | |
| Mileage At Time of Repair/Replacement: | |
| Total Out of Pocket Costs Paid for the Repair: | |
| Have you received any compensation or reimbursement for your CVT repair/replacement through BMW (warranty or goodwill), insurance, or any other source? | ☐ Yes*        ☐ No<br><br>*If yes, please state amount and source of payment: _____ |

| **E.** | **INFORMATION ABOUT THE SALE OF YOUR MINI VEHICLE** |
|---|---|
| Date of CVT Failure: | |
| Date of Vehicle was sold: | |
| Mileage At Time Of Vehicle Sale: | |
| Vehicle Sales Price: | |

**MUST BE POSTMARKED NO LATER THAN**

| **F.** | **REQUIRED DOCUMENTATION FOR CVT REPAIR/REPALCEMENT CLAIMS** |

*If you are making a claim for out-of-pocket costs incurred to repair or replace your CVT either at a MINI dealership or third party repair facility, you must (1) provide the <u>Required Documentation</u> described below and (2) <u>sign the attestation and consent</u> in section H under penalty of perjury.*

**Required Documentation.**  To make a claim for reimbursement for out-of-pocket costs, you must submit the following documentation:

    (1) A repair order/invoice for the CVT repair/replacement showing the *date and mileage for the repair/replacement,* **and**

    (2) Acceptable proof showing payment of an Out-Of-Pocket Expenses such as receipts, cancelled checks, credit card statements, or costs verifiable.  If you do not have these documents, you may submit a the "Mechanic Attestation" below from the mechanic(s) who performed the CVT repair/replacement as to amounts you paid for such repair/replacement.

**Mechanic Attestation**

☐     I _____(name), am the mechanic/repair shop that repaired or replaced the CVT for the Vehicle listed in this Claim Form on the following date:_____. The repair/replacement cost paid by the Claimant was _____.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Signature of Mechanic: _____
    Print Name of Mechanic: _____
    Name of Repair Shop: _____
    Address: _____

| **G.** | **REQUIRED DOCUMENTATION FOR VEHICLES SOLD WITH FAILED CVT** |

*If you are making a claim for a cash payment for a MINI vehicle you sold due to a CVT failure, without repair, you must (1) provide the <u>Required Documentation</u> described below and (2) <u>sign the attestation and consent</u> in section H section under penalty of perjury.*

**Required Documentation.**  To make a claim for a MINI vehicle you sold due to a CVT failure, without repair, for $4,000 or less, you must submit documentation that proves both the sale and the sales price.  The documentation you provide must be sufficient to establish that the sale of the MINI was due to a CVT failure that occurred during the first 8 years or 150,000 miles (whichever occurs first) from the date the vehicle was first put into service as a new vehicle.

☐   I sold my MINI because of a CVT failure (but without an accident or fatal engine failure) on or about _____ and the sales price for the vehicle was _____ ($4,000 or less).

21

MUST BE
POSTMARKED
NO LATER THAN
_____

## H. ATTESTATION AND CONSENT

I, _____(name) herby attest that I at all times had the CVT of my MINI vehicle maintained and serviced in accordance with the vehicle's service and warranty manual requirements either at a MINI dealership, a BMW Center, or a third party repair facility within 2,500 miles of the service light illuminating in my MINI vehicle.

Through my signature below, I consent to the release of repair records related to my MINI vehicle by the repair facilities listed in section (B) of this claim form. I understand that BMW may, at its discretion, verify that the representations in this claim form are true and correct and that submitting a false claim form under penalty of perjury is a criminal offense.

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS CLAIM FORM IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

| Signature | Date |
|---|---|

**NOTE: PLEASE BE SURE TO KEEP COPIES OF THIS CLAIM FORM AND ALL DOCUMENTS SUBMITTED WITH YOUR CLAIM**