E-FILED 11/5/13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD AARONS, *et al.*, individually, and on behalf of other members of the general public similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>BMW OF NORTH AMERICA, LLC, a New Jersey limited liability company, et al.<br><br>  Defendant. | Case No. 2:11-cv-07667-PSG-CW<br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER REGARDING SUBMISSION OF CLASS NOTICE AND ON-LINE CLAIMS**<br><br>Date:    October 25, 2013<br>Time:   10:00 a.m.<br>Place:   Courtroom 880<br>Judge:  Hon. Philip S. Gutierrez |

Pursuant to the parties' Joint Request For Court Conference Re Class Action Settlement (Dkt. 124), the Court held a hearing on October 25, 2013 at 10:00 a.m. Appearances were noted on the record. The Court, having considered the parties' joint written submission and counsel's argument, and finding good cause, orders as follows:

1. This Order shall refer to the defined terms set forth in the parties' Settlement Agreement, approved by the Court on August 5, 2013.

2. BMW NA shall take immediate steps to cause the commencement of the mailing of Class Notice to all known Class Members, and shall take reasonable steps to cause the continuation of such mailing of Class Notice on a rolling basis as contact information becomes available to BMW NA. As provided for in the parties' Settlement Agreement, Class Notice shall be given to both original owners whose names and contact information are within BMW NA's database and to current owners whose contact information may be obtained by employing Polk or any similar service. BMW NA shall complete the mailing of Class Notice to all known Class Members no later than December 3, 2013.

3. All Class Members shall have until April 2, 2014 to submit a claim for reimbursement under paragraphs III(A), (B) or (F) of the parties' Settlement Agreement.

4. The Claims Administrator shall forthwith administer and maintain a website that will allow for the submission of on-line claims. Such website shall include the information provided for in Section IV(B) of the parties' Settlement Agreement.

**IT IS HEREBY ORDERED.**

DATED: 11/5/13

**PHILIP S. GUTIERREZ**
The Honorable Philip S. Gutierrez
United States District Judge

PROPOSED] ORDER REGARDING SUBMISSION OF CLASS NOTICE AND ON-LINE CLAIMS